FILED: May 16, 2017

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 17-1625
(1:13-cv-01183-CCB)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

ANCIENT COIN COLLECTORS GUILD

      Claimant - Appellant

v.

3 KNIFE-SHAPED COINS; 12 OTHER CHINESE COINS; 7 CYPRIOT COINS

      Defendants

---

This case has been opened on appeal.

| Originating Court | United States District Court for the District of Maryland at Baltimore |
|---|---|
| Originating Case Number | 1:13-cv-01183-CCB |
| Date notice of appeal filed in originating court: | 05/15/2017 |
| Appellant (s) | Ancient Coin Collectors Guild |
| Appellate Case Number | 17-1625 |

| Case Manager | Anisha Walker<br>804-916-2704 |